# **EXHIBIT A**

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT

PLYMOUTH, SS

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.

---

| | |
|---|---|
| SOLUCAL-USA LTD., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FERTI TECHNOLOGIES INC. AND | ) |
| HARRELL'S, LLC, | ) |
| Defendants. | ) |

---

### COMPLAINT AND JURY DEMAND

Plaintiff Solucal-USA Ltd. brings this action against defendants Ferti Technologies inc. and Harrell's, LLC for, among other things, trademark infringement, unfair competition, breach of contract, and violation of Mass. Gen. Laws ch. 93A, § 11.

### Parties

1.      Plaintiff Solucal-USA Ltd. ("Solu-Cal") is a Massachusetts corporation with a principal place of business located at 81 Charlotte Furnace Road, West Wareham, Plymouth County, Massachusetts.  Solu-Cal is in the business of distributing enhanced calcium products for use on, among other things, golf courses.

2.      Defendant Ferti Technologies inc. ("Ferti"), upon information and belief, is a Canadian corporation with a principal place of business in Saint-Michel, Quebec, with two manufacturing and distribution centers located in the United States, one in Phoenix, Arizona and the other in Statesville, North Carolina.  Ferti is in the business of manufacturing fertilizer products.

3.      Defendant Harrell's, LLC ("Harrell's") is a Florida limited liability company with a principal office located at 5105 New Tampa Highway, Lakeland, Florida.  Harrell's maintains a facility in Auburn, Worcester County, Massachusetts and is registered to do business in Massachusetts.  Harrell's is in the business of selling products to the turf and ornamental industry, including, but not limited to, golf courses.

## Background

4.      Solu-Cal distributes a number of enhanced calcium products in the United States and abroad.  Solu-Call engages third-party manufacturers to manufacture its products, but otherwise handles itself the sale, advertising, warehousing, distribution, and invoicing of its products.

5.      Since at least as early as 2000, and continuing without interruption, Solu-Cal has used the mark "Solu-Cal" (the "SOLU-CAL Mark") as the main component of its company name and to identify the source and origin of its enhanced calcium products, including using the SOLU-CAL Mark on its website and the packaging of its products.

6.      Since at least as early as 2000, Solu-Cal has continuously used the SOLU-CAL Mark to advertise, market, promote, and offer for sale its enhanced calcium products, investing time, money, and effort in building up the goodwill associated with the mark.

7.      On or about July 7, 2011, Solu-Cal applied for Federal registration of the SOLU-CAL Mark.  On or about December 20, 2011, the United States Patent and Trademark Office issued a registration for the SOLU-CAL Mark, Registration No. 4,074,343.  Attached as **Exhibit A** hereto is a copy of Solu-Cal's trademark registration.  This registration evidences Solu-Cal's exclusive right to use the SOLU-CAL Mark in commerce on or in connection with goods specified in the registration, which are fertilizers and soil conditioners.

8.     Ferti is one of the third-party manufacturers Solu-Cal used to manufacture enhanced calcium products that Solu-Cal then sells to its customers.  Solu-Cal and Ferti did business over a period of approximately 12-13 years.  Solu-Cal had developed formulas for enhanced calcium products.  Solu-Cal approached Ferti regarding the manufacturing of Solu-Cal's enhanced calcium products and specified to Ferti how to manufacture the products.  The parties agreed that Ferti would manufacture the products consistent with the formulas developed by Solu-Cal and Solu-Cal would bring the products to market.

9.     Among other things, Solu-Cal provided to Ferti bags and labels that Ferti was then required to fill with the appropriate product.  Ferti was further required to manufacture the product consistent with the description of the product's ingredients set forth on the label.  The labels included a representation that the product was "guaranteed by" Solu-Cal.

10.     Solu-Cal's customers have included Harrell's.  In or about the summer of 2017, Solu-Cal began selling enhanced calcium products to Harrell's.  To start, Harrell's ordered product from Solu-Cal under the Solu-Cal brand name and which was identified and sold under the SOLU-CAL Mark.

11.     Thereafter, Solu-Cal developed for Harrell's a partner label under which Solu-Cal products would be sold under Harrell's brand name.  The labels included the SOLU-CAL Mark as part of the language on the label, stating that the product was "Guaranteed by Solu-Cal USA Ltd. P.O. Box 278 W. Wareham MA  02576 (774) 678-0288."

12.     After Harrell's placed an order with Solu-Cal, Solu-Cal would order the requested products from Ferti.  Ferti would manufacture the products and ship the products directly to Harrell's, including, but not limited to, Harrell's facility in Auburn, Massachusetts.  In

connection with each order, Solu-Cal would provide to Ferti the appropriate type and number of labels needed to fill the order.

13.     Tim Layman ("Mr. Layman") was Solu-Cal's director of sales who worked from Wrentham, Massachusetts. Mr. Layman worked for Solu-Cal since 2008. Chad Brakefield ("Mr. Brakefield") was one of Solu-Cal's sales representatives who worked from Rock Hill, South Carolina. He too had worked with Solu-Cal since 2008. In or about January 2018, Mr. Brakefield left Solu-Cal and went to work for Ferti.

14.     While Solu-Cal's relationship with Harrell's started off well, within months, Harrell's began to report to Solu-Cal problems with the quality of certain of the products Ferti was manufacturing and shipping to Harrell's. Two of the micro-grade products Ferti was manufacturing on behalf of Solu-Cal in particular had quality issues; these products were sold under the Harrell's brand name as CalMax G (micro) and K-CalMax 0-0-24 High Mg Formula (micro). Harrell's also reported to Solu-Cal that certain products manufactured by Ferti and shipped to Harrell's were incorrectly labeled, as in the label on the bag did not match the contents of the bag.

15.     During his course of employment at Solu-Cal, Mr. Layman had responsibility for the relationship with Harrell's, including working with Harrell's to resolve the quality issues Harrell's was experiencing with the products Ferti was manufacturing and shipping to Harrell's.

16.     As a result of the quality issues with the micro-grade products and the incorrectly labeled product, Harrell's sought to return the products to Solu-Cal and further sought credits for its purchase of these products from Solu-Cal. As the party identified as the guarantor of the products, Solu-Cal was responsible for the cost of picking up the products and shipping them to its warehouse and issued to Harrell's credits for the returned products.

17.     In or about March 2018, Mr. Layman terminated his employment with Solu-Cal and went to work for Ferti.  Shortly thereafter, Solu-Cal lost Harrell's as a customer.

18.     In April 2018, Harrell's asked for permission to continue using the partner labels Solu-Cal had developed for Harrell's and Solu-Cal's registration of the labels until it, Harrell's, could complete the registration process on its own behalf.  Toward that end, on April 27, 2018, Jack Harrell III, Senior Vice President Turf Sales – South, presented Solu-Call with a proposed letter agreement which stated in relevant part:

> Historically, Harrell's purchased the products as set forth on **Exhibit A** (the "Products"), attached to and incorporated herein by this reference, from Solu-Cal.   Harrell's is in the process of registering its own labels of the same products and Solu-Cal has agreed to allow Harrell's to utilize Solu-Cal labeled products until such time as Harrell's has transitioned to their own registered labels of the same products.  Harrell's and Solu-Cal acknowledge and agree that Harrell's will utilize the Solu-Cal label and registrations for the Products until Harrell's completes registration of its own labels for the Products.  During this term of use by Harrell's, Solu-Cal acknowledges that Harrell's will contract with Ferti Tech, a ____ _____, to manufacture and produce the Products for Harrell's under the Solu-Cal label and distributed in a Harrell's bag.  Harrell's agrees to be solely responsible for any nutrient deficiency incurred in connection with the Products during the term of this Agreement.  This Agreement shall last until such time as Harrell's has informed Solu-Cal of its completion of registration of the Harrell's-labeled products.

A copy of the email and proposed letter agreement is attached as **Exhibit B** hereto.

19.     Solu-Cal did not agree to give Harrell's permission to use Solu-Cal's labels and the SOLU-CAL Mark as requested and never entered into any agreement with Harrell's authorizing Harrell's to use Solu-Cal's labels, the SOLU-CAL Mark, and/or Solu-Cal's registration.

20.     Over the period August 1, 2017, through April 30, 2018, Harrell's purchases from Solu-Cal, after accounting for credits, totaled approximately $370,469.  Harrell's had the potential of being a sizeable account for Solu-Cal.

21.     Upon information and belief, after Harrell's terminated Solu-Cal as its supplier, Ferti began supplying to Harrell's directly the same products Solu-Cal had sold to Harrell's using, without authorization from Solu-Cal, the same partner labels Solu-Cal had developed for Harrell's and which Solu-Cal had provided to Ferti for use only in connection with the orders Solu-Cal placed with Ferti.

22.     Even after discontinuing its relationship with Solu-Cal, Harrell's has continued to distribute, without authorization from Solu-Cal, products using the same partner labels developed for Harrell's by Solu-Cal, which labels use the SOLU-CAL Mark to represent falsely and deceptively that the products are "guaranteed by" Solu-Cal.  Solu-Cal did not consent to Harrell's use of the partner labels Solu-Cal developed for Harrell's and/or Harrell's use of the SOLU-CAL Mark on products Solu-Cal did not sell to Harrell's.

23.     As of February 4, 2019, Harrell's continued to advertise on its website product using the same partner labels developed by Solu-Cal for Harrell's and supplied by Solu-Cal to Ferti, which labels state that the product is "guaranteed by" Solu-Cal, including, but not limited to, the two micro-grade products manufactured by Ferti with which Harrell's experienced quality issues and for which Solu-Cal issued credits to Harrell's.  Solu-Cal has not given Harrell's permission to use the SOLU-CAL Mark or the labels developed by Solu-Cal.  Copies of products continuing to use the SOLU-CAL Mark and Solu-Cal's labels which Harrell's marketed on its website at least as of February 4, 2019, are attached as **Exhibit C** hereto.

24.     Ferti's and Harrell's continuing use of product labels developed by Solu-Cal for Harrell's, which labels use the SOLU-CAL Mark to represent falsely and deceptively that the products sold under these labels are "guaranteed" by Solu-Cal, is likely to cause confusion, or to cause mistake, or to deceive the relevant consuming public.

25.     Solu-Cal received from the State of California a Notice of Proposed Action and Administrative Penalties dated October 31, 2018 ("Notice of Action"), arising out of defective products manufactured by Ferti and shipped to Harrell's under the Solu-Cal brand name. A copy of the Notice of Action, without exhibits, is attached hereto as **Exhibit D**. The Notice of Action imposed administrative penalties, including the cost of investigation, in the amount of $9,673.48, of which all but $250.00 was attributable to Ferti's manufacturing of defective products. Among other things, the State of California's investigation found that the product did not include the claimed active ingredient at all, let alone at the level represented on the label. The Notice of Action described the violations as including "misbranding – false and misleading" and "adulteration – composition falls below purported labeling." The misbranding, false and misleading, and adulteration violations were caused by Ferti's manufacture of defective product which it then shipped to Harrell's. As the party identified as guaranteeing the contents of the product, Solu-Cal was held responsible for these violations. Solu-Cal paid the penalty.

**COUNT I**
**TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114(1)**
**FERTI AND HARRELL'S**

26.     Solu-Cal repeats and realleges the allegations set forth in paragraphs 1 through 25 above.

27.     Solu-Cal has continuously used the SOLU-CAL Mark in commerce and its ordinary course of trade since at least 2000.

28.     Solu-Cal was issued a Federal registration for the SOLU-CAL Mark on or about December 20, 2011.

29.     Ferti and Harrell's are using in trade or commerce, without Solu-Cal's authorization, the SOLU-CAL Mark and the same labels developed by Solu-Cal for Harrell's to offer for sale and sell the same enhanced calcium products sold by Solu-Cal to the same class of customers and through the same marketing and trade channels.  As of February 4, 2019, Harrell's continued to advertise on its website products bearing the same partner labels developed by Solu-Cal for Harrell's and provided by Solu-Cal to Ferti in connection with Ferti's manufacturing and shipping of products to Harrell's which were sold to Harrell's by Solu-Cal, which labels include the SOLU-CAL Mark and falsely represent that the products are "guaranteed" by Solu-Cal.

30.     Ferti's and Harrell's continuing use of the same labels developed by Solu-Cal for Harrell's, which labels use the SOLU-CAL Mark to represent falsely and deceptively that the products are "guaranteed" by Solu-Cal, is likely to cause confusion, or to cause mistake, or to deceive the relevant consuming public, which includes, for example, golf courses.

31.     Upon information and belief, Ferti's and Harrell's continuing use of the labels developed by Solu-Cal for Harrell's and the SOLU-CAL Mark in connection with their competing products has been willful.

32.     Solu-Cal has been, is now, and will be irreparably injured if Ferti and Harrell's are not enjoined from continuing their infringing use and advertising of the SOLU-CAL Mark in connection with similar and competitive goods.  Solu-Cal lacks an adequate remedy at law for the damages caused thereby.

33.     In addition, Solu-Cal (a) has suffered, and is entitled to recover, damages as a result of Ferti's and Harrell's infringing use and advertising of Solu-Cal's labels and the SOLU-

CAL Mark in connection with similar and competitive goods; (b) is entitled to obtain

disgorgement of Ferti's and Harrell's profits resulting from their infringing sales; and (c) is

entitled to a trebling of such damages and profits, pursuant to 15 U.S.C. § 1117.

34.     This is an exceptional case entitling Solu-Cal to recover its reasonable attorneys'

fees under 15 U.S.C. § 1117.

**COUNT II**
**TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN,**
**AND UNFAIR COMPETITION UNDER 15 U.S.C. § 1125(a)**
**FERTI AND HARRELL'S**

35.     Solu-Cal repeats and realleges the allegations set forth in paragraphs 1 through 34

above.

36.     Solu-Cal has continuously used the SOLU-CAL Mark in commerce and its

ordinary course of trade since at least 2000.

37.     Solu-Cal was issued a Federal registration for the SOLU-CAL Mark on or about

December 20, 2011.

38.     Ferti and Harrell's are using in trade or commerce, without Solu-Cal's

authorization, the SOLU-CAL Mark and the same labels developed by Solu-Cal for Harrell's to

offer for sale and sell the same enhanced calcium products sold by Solu-Cal to the same class of

customers and through the same marketing and trade channels. As of February 4, 2019, Harrell's

continued to advertise on its website products bearing the same partner labels developed by Solu-

Cal for Harrell's and provided by Solu-Cal to Ferti in connection with Ferti's manufacturing and

shipping of products to Harrell's which were sold to Harrell's by Solu-Cal, which labels include

the SOLU-CAL Mark and falsely represent that the products are "guaranteed" by Solu-Cal.

39.     Ferti's and Harrell's continuing use of the same labels developed by Solu-Cal for

Harrell's, which labels use the SOLU-CAL Mark to represent falsely and deceptively that the

products are "guaranteed" by Solu-Cal, constitutes a false designation of origin, a false or

misleading representation of fact, and/or is likely to cause confusion, or to cause mistake, or to

deceive the relevant consuming public, which includes, for example, golf courses, as to the

affiliation, connection, or association of Solu-Cal with Harrell's and Ferti or of Harrell's or Ferti

with Solu-Cal and as to the origin, sponsorship, or approval of Harrell's products by Solu-Cal.

40.     Upon information and belief, Ferti's and Harrell's continuing use of the labels

developed by Solu-Cal for Harrell's and the SOLU-CAL Mark in connection with their

competing products has been willful.

41.     Solu-Cal has been, is now, and will be irreparably injured if Ferti and Harrell's

are not enjoined from continuing their infringing use of the SOLU-CAL Mark, false designation

of origin, and unfair competition.  Solu-Cal lacks an adequate remedy at law for the damages

caused thereby.

42.     In addition, Solu-Cal (a) has suffered, and is entitled to recover, damages as a

result of Ferti's and Harrell's infringing use, false designation of origin, and unfair competition;

(b) is entitled to obtain disgorgement of Ferti's and Harrell's profits resulting from their

infringing use, false designation of origin, and unfair competition; and (c) is entitled to a trebling

of such damages and profits, pursuant to 15 U.S.C. § 1117.

43.     This is an exceptional case entitling Solu-Cal to recover its reasonable attorneys'

fees under 15 U.S.C. § 1117.

## COUNT III
## BREACH OF CONTRACT – FERTI

44.     Solu-Cal repeats and realleges the allegations set forth in paragraphs 1 through 43

above.

45.     Solu-Cal and Ferti were parties to an agreement pursuant to which Ferti agreed to manufacture products for Solu-Cal consistent with the formulas developed by Solu-Cal and the labels provided by Solu-Cal to Ferti.  The labels identified the contents of the products and indicated that the products were guaranteed by Solu-Cal.

46.     Ferti breached the parties' agreement by manufacturing and shipping to Harrell's defective product and/or product which was not consistent with the label's identification of the contents of the product.

47.     Ferti breached the parties' agreement by shipping to Harrell's incorrectly labeled product.

48.     After Harrell's ended its business relationship with Solu-Cal, Ferti breached the agreement between it and Solu-Cal by continuing to use in connection with transactions to which Solu-Cal was not a party labels provided to Ferti by Solu-Cal which included the representation that Solu-Cal guaranteed the product and used the SOLU-CAL Mark.

49.     As a result of Ferti's breaches of the parties' agreement, Solu-Cal suffered damages.

## COUNT IV
## STATE TRADEMARK INFRINGEMENT
## FERTI AND HARRELL'S

50.     Solu-Cal repeats and realleges the allegations set forth in paragraphs 1 through 49 above.

51.     Solu-Cal has continuously used the SOLU-CAL Mark in commerce and its ordinary course of trade since at least 2000.

52.     Solu-Cal was issued a Federal registration for the SOLU-CAL Mark on or about December 20, 2011.

53.     Ferti and Harrell's are using in trade or commerce, without Solu-Cal's authorization, the SOLU-CAL Mark and the same labels developed by Solu-Cal for Harrell's to offer for sale and sell the same enhanced calcium products sold by Solu-Cal to the same class of customers and through the same marketing and trade channels.  As of February 4, 2019, Harrell's continued to advertise on its website products bearing the same partner labels developed by Solu-Cal for Harrell's and provided by Solu-Cal to Ferti in connection with Ferti's manufacturing and shipping of products to Harrell's which were sold to Harrell's by Solu-Cal, which labels include the SOLU-CAL Mark and falsely represent that the products are "guaranteed" by Solu-Cal.

54.     Ferti's and Harrell's continuing use of the same labels developed by Solu-Cal for Harrell's, which labels use the SOLU-CAL Mark to represent falsely and deceptively that the products are "guaranteed" by Solu-Cal, is likely to cause confusion, or to cause mistake, or to deceive the relevant consuming public, which includes, for example, golf courses.

55.     Upon information and belief, Ferti's and Harrell's continuing use of the labels developed by Solu-Cal for Harrell's and the SOLU-CAL Mark in connection with their competing products has been willful.

56.     Solu-Cal has suffered damages as a result of Ferti's and Harrell's infringing use and advertising of the SOLU-CAL Mark in connection with similar and competitive goods.

## COUNT V
## COMMON LAW UNFAIR COMPETITION
## FERTI AND HARRELL'S

57.     Solu-Cal repeats and realleges the allegations set forth in paragraphs 1 through 56 above.

58.     Solu-Cal has continuously used the SOLU-CAL Mark in commerce and its ordinary course of trade since at least 2000.

59.     Solu-Cal was issued a Federal registration for the SOLU-CAL Mark on or about December 20, 2011.

60.     Ferti and Harrell's are using in trade or commerce, without Solu-Cal's authorization, the SOLU-CAL Mark and the same labels developed by Solu-Cal for Harrell's to offer for sale and sell the same enhanced calcium products sold by Solu-Cal to the same class of customers and through the same marketing and trade channels. As of February 4, 2019, Harrell's continued to advertise on its website products bearing the same partner labels developed by Solu-Cal for Harrell's and provided by Solu-Cal to Ferti in connection with Ferti's manufacturing and shipping of products to Harrell's which were sold to Harrell's by Solu-Cal, which labels include the SOLU-CAL Mark and falsely represent that the products are "guaranteed" by Solu-Cal.

61.     Ferti's and Harrell's continuing use of the same labels developed by Solu-Cal for Harrell's, which labels use the SOLU-CAL Mark to represent falsely and deceptively that the products are "guaranteed" by Solu-Cal, constitutes a false designation of origin, a false or misleading representation of fact, and/or is likely to cause confusion, or to cause mistake, or to deceive the relevant consuming public, which includes, for example, golf courses, as to the affiliation, connection, or association of Solu-Cal with Harrell's and Ferti or of Harrell's or Ferti with Solu-Cal and as to the origin, sponsorship, or approval of Harrell's products by Solu-Cal.

62.     Upon information and belief, Ferti's and Harrell's continuing use of the labels developed by Solu-Cal for Harrell's and the SOLU-CAL Mark in connection with their competing products has been willful.

63.     Solu-Cal has suffered damages as a result of Ferti's and Harrell's infringing use of the SOLU-CAL mark, false designation of origin, and unfair competition.

## COUNT VI
## VIOLATION OF MASS. GEN. LAWS CH. 93A, § 11
## <u>FERTI AND HARRELL'S</u>

64.     Solu-Cal repeats and realleges the allegations set forth in paragraphs 1 through 63 above.

65.     Solu-Cal was engaged in trade or commerce with Ferti.

66.     Solu-Cal was engaged in trade or commerce with Harrell's.

67.     Either alone and/or and acting in concert, Ferti and Harrell's engaged in unfair and deceptive business practices and competition.

68.     Among other things, Ferti manufactured and shipped to Harrell's defective products and/or products which were inconsistent with the formula and labels provided by Solu-Cal.

69.     After Harrell's ended its relationship with Solu-Cal, Ferti continued to use the labels developed by Solu-Cal for Harrell's which labels were intended to be used by Harrell's only pursuant to Solu-Cal's assent and only in connection with products sold by Solu-Cal to Harrell's.

70.     After it ended its relationship with Solu-Cal, Harrell's has continued to use the partner labels developed by Solucal for Harrell's without Solu-Cal's authorization or consent.

71.     By continuing to use labels which state that the products are "guaranteed" by Solu-Cal and which use the SOLU-CAL Mark, without Solu-Cal's authorization or consent, Ferti and Harrell's have engaged in unfair and deceptive business practices and unfair competition.

72.     Ferti's unfair and deceptive conduct was knowing and willful.

73.     Harrell's unfair and deceptive conduct was knowing and willful.

74.     As a result of the unfair methods of competition and unfair business practices used by Ferti and Harrell's, Solu-Cal has suffered a loss of money and property.

WHEREFORE, Solucal-USA, Ltd. prays that this Court

a.   With respect to Count I, enter judgment in favor of Solu-Cal and against Ferti and Harrell's and grant Solu-Cal preliminary and permanent injunctive relief; an award of damages; disgorgement of Ferti's and Harrell's profits; a trebling of these damages and profits; and an award of Solu-Cal's reasonable attorneys' fees.

b.   With respect to Count II, enter judgment in favor of Solu-Cal and against Ferti and Harrell's and grant Solu-Cal preliminary and permanent injunctive relief; an award of damages; disgorgement of Ferti's and Harrell's profits; a trebling of these damages and profits; and an award of Solu-Cal's reasonable attorneys' fees.

c.   With respect to Count III, enter judgment in favor of Solu-Cal and against Ferti and grant Solu-Cal an award of damages, plus interest, costs, and attorneys' fees.

d.   With respect to Count IV, enter judgment in favor of Solu-Cal and against Ferti and Harrell's and grant Solu-Cal an award of damages, plus interest, costs, and attorneys' fees.

e.   With respect to Count V, enter judgment in favor of Solu-Cal and against Ferti and Harrell's and grant Solu-Cal an award of damages, plus interest, costs, and attorneys' fees.

f.   With respect to Count VI, enter judgment in favor of Solu-Cal and against Ferti and Harrell's and grant Solu-Cal an award of damages, trebled, plus interest, reasonable attorneys' fees, and costs, including, without limitation, expert fees.

g.   Award Solu-Cal such other relief as the Court deems equitable and just.

## **JURY DEMAND**

Solu-Cal USA, Ltd. requests a jury on all claims so triable.

Respectfully submitted,
SOLUCAL-USA, LTD.
By its attorneys,

*Emily C. Shanahan*

Mark S. Furman ((BBO# 181680)
Emily C. Shanahan (BBO# 643456)
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue
Boston, MA  02199
(617) 218-2000 (Phone)
(617) 261-7673 (Fax)
mfurman@tbhr-law.com
eshanahan@tbhr-law.com

Dated:  February 19, 2019

# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# SOLU-CAL

**Reg. No. 4,074,343**
**Registered Dec. 20, 2011**

**Int. Cl.: 1**

**TRADEMARK**

**PRINCIPAL REGISTER**

SOLUCAL-USA LTD. (MASSACHUSETTS CORPORATION)
33 OLD COUNTY ROAD
EAST SANDWICH, MA 02537

FOR: FERTILIZERS; SOIL CONDITIONERS FOR AGRICULTURAL, DOMESTIC, AND COMMERCIAL USE, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 3-29-1999; IN COMMERCE 3-29-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,822,623.

SER. NO. 85-365,561, FILED 7-7-2011.

ROBIN CHOSID, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# EXHIBIT B

**Emily C. Shanahan**

REDACTED

**From:** Jack Harrell III [mailto:jack3@Harrells.com]
**Sent:** Friday, April 27, 2018 1:22 PM
**To:** Craig Canning; Gregory Nicoll; Samuel Strawbridge
**Subject:** Solu-Cal Letter Agreement

Craig,
Hope all is well.

Here is the little one page agreement I was talking about. Let me know if you have any issues with it. Also, what do those bags cost?
Have a great weekend.

Cordially,

Jack Harrell III


**Jack Harrell, III**
**Sr. Vice President Turf Sales-South,**
**Marketing, and R&D**


863-680-2003 ext. 2227 Office
863-660-9495 Mobile



720 Kraft Road Lakeland, FL 33815 (mail & deliveries)
5105 New Tampa Highway Lakeland, FL 33815 (office)
*www.harrells.com*

2

## LETTER AGREEMENT

This Letter Agreement by and between Harrell's, LLC, a Florida limited liability company ("Harrell's"), and Solu-Cal, ___, a ____ ____("Solu-Cal"), is entered into this ___ day of April, 2018 (the "Agreement"). Historically, Harrell's purchased the products as set forth on **Exhibit A** (the "Products"), attached to and incorporated herein by this reference, from Solu-Cal. Harrell's is in the process of registering its own labels of the same products and Solu-Cal has agreed to allow Harrell's to utilize Solu-Cal labeled products until such time as Harrell's has transitioned to their own registered labels of the same products. Harrell's and Solu-Cal acknowledge and agree that Harrell's will utilize the Solu-Cal label and registrations for the Products until Harrell's completes registration of its own labels for the Products. During this term of use by Harrell's, Solu-Cal acknowledges that Harrell's will contract with Ferti Tech, a ____ _____, to manufacture and produce the Products for Harrell's under the Solu-Cal label and distributed in a Harrell's bag. Harrell's agrees to be solely responsible for any nutrient deficiency incurred in connection with the Products during the term of this Agreement. This Agreement shall last until such time as Harrell's has informed Solu-Cal of its completion of registration of the Harrell's-labeled products.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the day and year first written above.


**HARRELL'S LLC**                          **Solu-Cal, _____**
**a Florida limited liability company**      a _____ _____


By: _____          By: _____
    Jack R. Harrell, III                    Print Name: _____
    Senior Vice President                   Title: _____

## EXHIBIT A

# EXHIBIT C



Harrell's
Growing a Better World®

## Search Harrell's

| calmax | SEARCH |

# Products



300103 - [Fertilizers](#) - [Amendments](#)

## CalMAX G Dihydrite Gypsum with 2% Activated Humic Acid

| SDS | LABEL |

Harrell's CalMAX G is formulated with activated humic acid. CalMAX G provides Calcium and Sulfate Sulfur while aerating high CEC soils and decreasing excess sodium levels. The proper application rate depends on soil test results.



300100 - [Fertilizers](#) - [Amendments](#)

## CalMAX G Dihydrite Gypsum with 2% Activated Humic Acid

| SDS | LABEL |

Harrell's CalMAX G is formulated with activated humic acid. CalMAX G provides Calcium and Sulfate Sulfur while aerating high CEC soils and decreasing excess sodium levels. The proper application rate depends on soil test results.



300101 - [Fertilizers](#) - [Amendments](#)

## CalMAX High Calcium Lime with 2% Activated Humic Acid

| SDS | LABEL |

Harrell's CalMAX High Calcium Lime is an ideal soil nutrient enhancement for turf and horticultural application. CalMAX delivers Calcium to the plant and soil and raises soil pH. Application rate will depend on soil test results.



300102 - [Fertilizers](#) - [Amendments](#)

## CalMAX Micro High Calcium Lime with 2% Activated Humic Acid

| SDS | LABEL |

Harrell's CalMAX High Calcium Lime is an ideal soil nutrient enhancement for turf and horticultural application. CalMAX delivers Calcium to the plant and soil and raises soil pH. Application rate will depend on soil test results.



300104 - [Fertilizers](#) - [Amendments](#)





Harrell's H-Cal 4-0-1 is formulated with activated humic acids which have been shown to increase nutrient uptake. H-Cal 4-0-1 may be applied to a wide variety of established turf grasses and newly seeded areas.

When searching by NPK, there are many items with the same NPK. Please verify the item number or batch number.

## PRODUCTS

Adjuvants & Colorants

Liquid Foliar Nutritionals

Controlled-Release Fertilizer

Granular Fertilizer

Peat

Water Soluble Fertilizer

Wetting Agents

Plant Protectants

Early Order Programs

Balanced Approach

BASF

Bayer

Syngenta

Nufarm

FMC

PBI Gordon

SePRO

Corteva

## COMPANY

Company Philosophy

Press Releases

Core Values

History

Executive Team

ESOP

Careers

Contact

Team Harrell's

## TOOLS

Spreader Calculator

Foliar Calculator

Sales Representatives

myHarrell's Customer Portal

Harrell's Credit Application (PDF)





LOCATIONS

Corporate Office

Avon Park, FL

Birmingham, AL

Boston, MA

Charlotte, NC

Chattanooga, TN

Chicago, IL

Dallas, TX

Denver, CO

Detroit, MI

Hartford, CT

Houston, TX

Indianapolis, IN

Lakeland, FL

Los Angeles, CA

Miami, FL

Oklahoma City, OK

Palm Springs, CA

Philadelphia, PA

Phoenix, AZ

Pittsburgh, PA

San Antonio, TX

San Diego, CA

San Jose, CA

© 2019 - Harrell's LLC

 

## Dihydrite Gypsum with 2% Activated Humic Acid
**Micro Greens Grade (SGN 100)** *Apply to dry turf. Water in thoroughly.*

### Guaranteed Analysis

Calcium (Ca) ................................................. 21.0%
Sulfur (S) ...................................................... 16.0%
    16.0% Combined Sulfur (S)
Calcium Sulfate Dihydrate
(CaSO$_4$. 2 H$_2$O)............................................ 86.0%
Calcium Sulfate (CaSO$_4$) ........................... 68.0%
Derived from: Calcium Sulfate

ALSO CONTAINS NON PLANT FOOD INGREDIENTS:
Soil Amending Active Ingredients
    2.00% Humic Acid from Highly Oxidized Lignite Coal.
    4.00% Lignin Sulfonate (water soluble binder)
94% Total Other Ingredients
Purpose: May aid in plant uptake of micronutrients.

Fineness Before Prilling
Percent Passing 20 Mesh Sieve .......................... 100%
Percent Passing 40 Mesh Sieve .......................... 100%
Percent Passing 60 Mesh Sieve .......................... 90%
Percent Passing 100 Mesh Sieve ........................ 80%
Percent Passing 200 Mesh Sieve ........................ 60%
Percent Passing 325 Mesh Sieve ........................ 55%

Bulk Density – 70 lbs / cubic ft

F1732

Information concerning the raw materials composing this product can be obtained by writing to the Guarantor listed below, and referring to the batch number found on this container.

## Net Wt. 50 lbs. (22.68 kg)

### Directions For Use. Apply only as directed.

**Harrell's CalMAX G is formulated with activated humic acid. CalMAX G provides Calcium and Sulfate Sulfur while aerating high CEC soils and decreasing excess sodium levels. The proper application rate depends on soil test results. Apply to dry turf. Water in thoroughly.**

- MAINTAIN OPTIMUM GROWING CONDITIONS
  Apply 6 lbs per 1000 sq ft or 260 lbs per acre through the growing season, up to three times per year. Ten-week intervals between applications are recommended.
  Coverage 8300 sq ft.

- TO CORRECT HIGH SODIUM / HIGH CEC OR HEAVY CLAY SOILS
  Apply 12.5 lbs per 1000 sq ft or 550 lbs per acre. To assure complete and even coverage, apply at half rates in two directions.
  Coverage 4000 sq ft.

  *Apply to dry turf. Water in thoroughly.*
  *Store in a cool, dry place, do not contaminate water by storage or disposal.*

BUYER ASSUMES ALL RESPONSIBILITY FOR SAFETY AND USE NOT IN ACCORDANCE WITH DIRECTIONS. IT IS IMPOSSIBLE TO ELIMINATE ALL RISKS INHERENTLY ASSOCIATED WITH THE USE OF THE PRODUCT. PLANT INJURY, INEFFECTIVENESS, OR OTHER UNINTENDED CONSEQUENCES MAY RESULT BECAUSE OF SUCH FACTORS AS WEATHER CONDITIONS, PRESENCE OF OTHER MATERIALS, OR THE MANNER OF USE OR APPLICATION, ALL OF WHICH ARE BEYOND SELLER'S CONTROL. IN NO CASE SHALL THE SELLER BE LIABLE FOR CONSEQUENTIAL, SPECIAL OR INDIRECT DAMAGES RESULTING FROM THE USE OR HANDLING OF THIS PRODUCT.

FLORIDA APPLICATIONS: For use on golf courses or other athletic turf in FL, we recommend you follow SL191, **"Recommendations for N, P, K & Mg for Golf Course and Athletic Field Fertilization Base on Mehlich I Extractant"**, available on the internet at http://edis.ifas.ufl.edu/SS404.

For commercial application to urban turf or lawns in FL, we recommend you follow the Best Management Practices for Protection of Water Resources in Florida, June 2002, Florida Green Industries, available on the internet at http://www.dep.state.fl.us/central/Home/MeetingsTraining/FLGreen/BMP Book final.pdf.

 **Warning**

May cause respiratory irritation. May cause cancer. May cause damage to organs (lungs) through prolonged or repeated exposure if inhaled.
Do not breathe dust. Wash hands thoroughly after handling. Do not eat, drink or smoke when using this product. Use only outdoors or in a well-ventilated area. Wear protective gloves/protective clothing/eye protection/face protection. Remove person to fresh air, keep comfortable for breathing. Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing. IF SWALLOWED: call POISON CENTER/doctor if you feel unwell. Rinse mouth. IF ON SKIN: Wash with plenty of water. Take off contaminated clothing and wash it before reuse. Get medical advice/attention if you feel unwell. Store locked up.
Dispose of contents/container according to local regulations. See Safety Data Sheet for further details regarding safe use of product.

 Made in Canada     Harrell's Item # 300103
Manufactured for Harrell's, 5105 New Tampa Highway Lakeland, FL 33815
Guaranteed by: Solu-Cal USA Ltd.. PO Box 278. W. Wareham. MA  02576  (774) 678-0288





**Dihydrite Gypsum with 2% Activated Humic Acid**
Coarse Grade (SGN 210)  *Apply to dry turf. Water in thoroughly.*

## Guaranteed Analysis

**Calcium (Ca)** .................................................. **21.0%**
**Sulfur (S)** ....................................................... **16.0%**
    16.0% Combined Sulfur (S)
**Calcium Sulfate Dihydrate**
**(CaSO$_4$. 2 H$_2$O)**........................................... **86.0%**
**Calcium Sulfate (CaSO$_4$)** ........................... **68.0%**
Derived from: Calcium Sulfate

ALSO CONTAINS NON PLANT FOOD INGREDIENTS:
Soil Amending Active Ingredients
  2.00% Humic Acid from Highly Oxidized Lignite Coal.
  4.00% Lignin Sulfonate (water soluble binder)
94% Total Other Ingredients
Purpose: May aid in plant uptake of micronutrients.

Fineness Before Prilling
Percent Passing 20 Mesh Sieve. ...................................... 100%
Percent Passing 40 Mesh Sieve ........................................ 100%
Percent Passing 60 Mesh Sieve ........................................ 90%
Percent Passing 100 Mesh Sieve ...................................... 80%
Percent Passing 200 Mesh Sieve ...................................... 60%
Percent Passing 325 Mesh Sieve ...................................... 55%

Bulk Density- 57 lbs / cubic ft

F1732

Information concerning the raw materials composing this product can be obtained by writing to the Guarantor listed below, and referring to the batch number found on this container.

## Net Wt. 50 lbs. (22.68 kg)

### Directions For Use. Apply only as directed.

**Harrell's CalMAX G is formulated with activated humic acid. CalMAX G provides Calcium and Sulfate Sulfur while aerating high CEC soils and decreasing excess sodium levels. The proper application rate depends on soil test results.  Apply to dry turf. Water in thoroughly.**

- MAINTAIN OPTIMUM GROWING CONDITIONS
  Apply 6 lbs per 1000 sq ft or 260 lbs per acre through the growing season, up to three times per year. Ten-week intervals between applications are recommended.
  Coverage 8300 sq ft.

- TO CORRECT HIGH SODIUM / HIGH CEC OR HEAVY CLAY SOILS
  Apply 12.5 lbs per 1000 sq ft or 550 lbs per acre through the growing season, up to three times per year. Ten-week intervals between applications are recommended. To assure complete and even coverage, apply at half rates in two directions.
  Coverage 4000 sq ft.

==Apply to dry turf. Water in thoroughly.==
Store in a cool, dry place, do not contaminate water by storage or disposal.

BUYER ASSUMES ALL RESPONSIBILITY FOR SAFETY AND USE NOT IN ACCORDANCE WITH DIRECTIONS. IT IS IMPOSSIBLE TO ELIMINATE ALL RISKS INHERENTLY ASSOCIATED WITH THE USE OF THE PRODUCT. PLANT INJURY, INEFFECTIVENESS, OR OTHER UNINTENDED CONSEQUENCES MAY RESULT BECAUSE OF SUCH FACTORS AS WEATHER CONDITIONS, PRESENCE OF OTHER MATERIALS, OR THE MANNER OF USE OR APPLICATION, ALL OF WHICH ARE BEYOND SELLER'S CONTROL. IN NO CASE SHALL THE SELLER BE LIABLE FOR CONSEQUENTIAL, SPECIAL OR INDIRECT DAMAGES RESULTING FROM THE USE OR HANDLING OF THIS PRODUCT.

FLORIDA APPLICATIONS: For use on golf courses or other athletic turf in FL, we recommend you follow SL191, **"Recommendations for N, P, K & Mg for Golf Course and Athletic Field Fertilization Base on Mehlich I Extractant"**, available on the internet at http://edis.ifas.ufl.edu/SS404.

For commercial application to urban turf or lawns in FL, we recommend you follow the Best Management Practices for Protection of Water Resources in Florida, June 2002, Florida Green Industries, available on the internet at http://www.dep.state.fl.us/central/Home/MeetingsTraining/FLGreen/BMP Book final.pdf.

  **Warning**

May cause respiratory irritation. May cause cancer. May cause damage to organs (lungs) through prolonged or repeated exposure if inhaled. Do not breathe dust. Wash hands thoroughly after handling. Do not eat, drink or smoke when using this product. Use only outdoors or in a well-ventilated area. Wear protective gloves/protective clothing/eye protection/face protection. Remove person to fresh air, keep comfortable for breathing. Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing. IF SWALLOWED: call POISON CENTER/doctor If you feel unwell. Rinse mouth. IF ON SKIN: Wash with plenty of water. Take off contaminated clothing and wash it before reuse. Get medical advice/attention if you feel unwell. Store locked up. Dispose of contents/container according to local regulations. See Safety Data Sheet for further details regarding safe use of product.

Made in USA        Harrell's Item # 300100
Manufactured for Harrell's, 5105 New Tampa Highway Lakeland, FL 33815
Guaranteed by: Solu-Cal USA Ltd., PO Box 278, W. Wareham, MA  02576  (774) 678-0288

 

## High Calcium Lime with 2% Activated Humic Acid
### Coarse Grade (SGN 210)

### Guaranteed Analysis

| | |
|---|---|
| Calcium (Ca) | 36.00% |
| Magnesium (Mg) | 0.3% |
| Calcium Carbonate (CaCO₃) | 95.00% |
| Magnesium Carbonate (MgCO₃) | 0.9% |
| Calcium Carbonate Equivalent (CCE) | 91.00% |
| Effective Neutralizing Value (ENV) | 88.27% |
| Maximum Moisture Content | 1.0% |

Derived from calcitic limestone.

FL: This product requires 1875 lbs. to be equal to one ton of standard liming material.
FL: Neutralizing value 96% calcium carbonate equivalence
NC: 2198 pounds of this material equals one ton of standard liming material.
MS: RNV = 91%                                  TN: RNV = 92.18%
OH: ENP = 1766 lbs per ton               WI Index Zone: 80-89
OK: ECCE = 88.73%                          WI Neutralizing Index: 89.18%

**Fineness Before Prilling**
8 Mesh Sieve .......... 100% Passing
20 Mesh Sieve ....... 100% Passing          100 Mesh Sieve........... 95% Passing
50 Mesh Sieve ....... 100% Passing          200 Mesh Sieve........... 90% Passing
60 Mesh Sieve ....... 95% Passing           325 Mesh Sieve........... 50% Passing

Maximum moisture content 1.0%
Fine Sized
Meets WV fineness classification for pulverized

**ALSO CONTAINS NON PLANT FOOD INGREDIENTS**
Soil Amending Active Ingredients
    2.00% Humic Acid from Highly Oxidized Lignite Coal.
    8.00% Lignin Sulfonate (water soluble binder)
Other Ingredients
    90% Calcitic Limestone
Purpose: May aid in plant uptake of micronutrients.

Bulk Density- 65 lbs / cubic ft

F1732
Information concerning the raw materials composing this product can be obtained by
writing to the Guarantor listed below, and referring to the batch number found on
this container. There are no plant nutrient claims made for the magnesium contained
in this product.

### Net Wt. 50 lbs. (22.68 kg)

---

### Directions For Use. Apply only as directed.

**Harrell's CalMAX High Calcium Lime is an ideal soil nutrient enhancement for turf and horticultural application. CalMAX delivers Calcium to the plant and soil and raises soil pH. Application rate will depend on soil test results.**

- RAISE LOW pH / ACIDIC SOIL and increase Calcium levels in the soil
  Apply 12.5 lbs. per 1,000 sq.ft. or 520 lbs. per acre. Up to 3 applications per year, applied 8 weeks apart, are recommended for low pH soils.
  **50lb bag covers 4,000 sq.ft.**

- TO MAINTAIN SOIL pH
  Apply 6 lbs. per 1,000 sq.ft. or 260 lbs. per acre. Two applications / year are recommended.
  **50lb bag covers 8,000 sq.ft.**

- TO MAINTAIN CALCIUM LEVELS in the soil (turf, trees, shrubs, ornamental beds, vegetable gardens)
  Apply 5lbs per 1,000 sq.ft. Two applications in spring and fall are recommended.
  **50lb bag covers 10,000 sq.ft.**

*Apply to dry turf. Water in thoroughly.*
*Store in a cool, dry place, do not contaminate water by storage or disposal.*

BUYER ASSUMES ALL RESPONSIBILITY FOR SAFETY AND USE NOT IN ACCORDANCE WITH DIRECTIONS. IT IS IMPOSSIBLE TO ELIMINATE ALL RISKS INHERENTLY ASSOCIATED WITH THE USE OF THE PRODUCT. PLANT INJURY, INEFFECTIVENESS, OR OTHER UNINTENDED CONSEQUENCES MAY RESULT BECAUSE OF SUCH FACTORS AS WEATHER CONDITIONS, PRESENCE OF OTHER MATERIALS, OR THE MANNER OF USE OR APPLICATION, ALL OF WHICH ARE BEYOND SELLER'S CONTROL. IN NO CASE SHALL THE SELLER BE LIABLE FOR CONSEQUENTIAL, SPECIAL OR INDIRECT DAMAGES RESULTING FROM THE USE OR HANDLING OF THIS PRODUCT.

FLORIDA APPLICATIONS: For use on golf courses or other athletic turf in FL, we recommend you follow SL191, "**Recommendations for N, P, K & Mg for Golf Course and Athletic Field Fertilization Base on Mehlich I Extractant**", available on the internet at http://edis.ifas.ufl.edu/SS404.

For commercial application to urban turf or lawns in FL, we recommend you follow the Best Management Practices for Protection of Water Resources in Florida, June 2002, Florida Green Industries, available on the internet at http://www.dep.state.fl.us/central/Home/MeetingsTraining/FLGreen/BMP Book final.pdf.

 **Warning** 

Causes skin irritation. Causes serious eye damage. May cause respiratory irritation. May cause cancer. May cause damage to organs (lungs) through prolonged or repeated exposure if inhaled.
Obtain special instructions before use. Do not handle until all safety precautions have been read and understood. Do not breathe dust. Wash hands thoroughly after handling. Do not eat, drink or smoke when using this product. Use only outdoors or in a well-ventilated area. Wear protective gloves/protective clothing/eye protection/face protection. IF INHALED: Remove person to fresh air and keep comfortable for breathing. IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing. IF SWALLOWED: Call a POISON CENTER/doctor if you feel unwell. Rinse mouth. IF ON SKIN: Wash with plenty of water. Take off contaminated clothing and wash it before reuse. Get medical advice/attention if you feel unwell. Store locked up. Dispose of contents/container according to local regulations. See Safety Data Sheet for further details regarding safe use of product.

Made in USA                          Harrell's Item #300101
Manufactured for Harrell's, 5105 New Tampa Highway Lakeland, FL 33815
Guaranteed by: Solu-Cal USA Ltd., PO Box 278, W. Wareham, MA 02576 (774) 678-0288





## High Calcium Lime with 2% Activated Humic Acid
### Micro Greens Grade (SGN 75)

## Guaranteed Analysis

| | |
|---|---|
| Calcium (Ca) | 36.00% |
| Magnesium (Mg) | 0.3% |
| Calcium Carbonate (CaCO₃) | 95.00% |
| Magnesium Carbonate (MgCO₃) | 0.9% |
| Calcium Carbonate Equivalent (CCE) | 91.00% |
| Effective Neutralizing Value (ENV) | 88.27% |
| Maximum Moisture Content | 1.0% |

Calcium (Ca) .................................................... 36.00%
Magnesium (Mg) .............................................. 0.3%
Calcium Carbonate (CaCO₃) ...................... 95.00%
Magnesium Carbonate (MgCO₃) ..................... 0.9%
Calcium Carbonate Equivalent (CCE) .... 91.00%
Effective Neutralizing Value (ENV) ....... 88.27%
Maximum Moisture Content ........................... 1.0%
Derived from calcitic limestone.

FL: This product requires 1875 lbs. to be equal to one ton of standard material.
FL: Neutralizing value 96% calcium carbonate equivalence
NC: 2198 pounds of this material equals one ton of standard liming material.
MN: 1765.76 lbs. ENP per ton

MS: RNV = 91%                     TN: RNV = 92.18%
OK: ECCE = 88.73%                WI Index Zone: 80-89
OH: ENP = 1766 lbs per ton       WI Neutralizing Index: 89.18%

**Fineness Before Prilling**
8 Mesh Sieve ........ 100% Passing
20 Mesh Sieve ..... 100% Passing          100 Mesh Sieve .................. 95% Passing
50 Mesh Sieve ..... 100% Passing          200 Mesh Sieve .................. 90% Passing
60 Mesh Sieve ........ 95% Passing         325 Mesh Sieve .................. 50% Passing

Maximum moisture content 1.0%
Fine-sized
Meets WV fineness classification for pulverized

**ALSO CONTAINS NON PLANT FOOD INGREDIENTS**
Soil Amending Active Ingredients
   2.00% Humic Acid from Highly Oxidized Lignite Coal.
   8.00% Lignin Sulfonate (water soluble binder)
Other Ingredients
   90% Calcitic Limestone
Purpose: May aid in plant uptake of micronutrients.

Bulk Density - 70 lbs / cubic ft

F1732
Information concerning the raw materials composing this product can be obtained by writing to
the Guarantor listed below, and referring to the batch number found on this container. There are
no plant nutrient claims made for the magnesium contained in this product.

## Net Wt. 50 lbs. (22.68 kg)

### Directions For Use. Apply only as directed.

**Harrell's CalMAX High Calcium Lime is an ideal soil nutrient enhancement for turf and horticultural application. CalMAX delivers Calcium to the plant and soil and raises soil pH. Application rate will depend on soil test results.**

- RAISE LOW pH / ACIDIC SOIL and increase Calcium levels in the soil
  Apply 12.5 lbs. per 1,000 sq.ft. or 520 lbs. per acre. Up to 3 applications per year, applied 8 weeks apart, are recommended for low pH soils.
  **50lb bag covers 4,000 sq.ft.**

- TO MAINTAIN SOIL pH
  Apply 6 lbs. per 1,000 sq.ft. or 260 lbs. per acre. Two applications / year are recommended.
  **50lb bag covers 8,000 sq.ft.**

- TO MAINTAIN CALCIUM LEVELS in the soil (turf, trees, shrubs, ornamental beds, vegetable gardens)
  Apply 5lbs per 1,000 sq.ft. Two applications in spring and fall are recommended.
  **50lb bag covers 10,000 sq.ft.**

*Apply to dry turf. Water in thoroughly.*
*Store in a cool, dry place, do not contaminate water by storage or disposal.*

BUYER ASSUMES ALL RESPONSIBILITY FOR SAFETY AND USE NOT IN ACCORDANCE WITH DIRECTIONS. IT IS IMPOSSIBLE TO ELIMINATE ALL RISKS INHERENTLY ASSOCIATED WITH THE USE OF THE PRODUCT. PLANT INJURY, INEFFECTIVENESS, OR OTHER UNINTENDED CONSEQUENCES MAY RESULT BECAUSE OF SUCH FACTORS AS WEATHER CONDITIONS, PRESENCE OF OTHER MATERIALS, OR THE MANNER OF USE OR APPLICATION, ALL OF WHICH ARE BEYOND SELLER'S CONTROL. IN NO CASE SHALL THE SELLER BE LIABLE FOR CONSEQUENTIAL, SPECIAL OR INDIRECT DAMAGES RESULTING FROM THE USE OR HANDLING OF THIS PRODUCT.

FLORIDA APPLICATIONS: For use on golf courses or other athletic turf in FL, we recommend you follow SL191, **"Recommendations for N, P, K & Mg for Golf Course and Athletic Field Fertilization Base on Mehlich I Extractant"**, available on the internet at http://edis.ifas.ufl.edu/SS404.

For commercial application to urban turf or lawns in FL, we recommend you follow the Best Management Practices for Protection of Water Resources in Florida, June 2002, Florida Green Industries, available on the internet at http://www.dep.state.fl.us/central/Home/MeetingsTraining/FLGreen/BMP Book final.pdf.

 **Warning** 

Causes skin irritation. Causes serious eye damage. May cause respiratory irritation. May cause cancer. May cause damage to organs (lungs) through prolonged or repeated exposure if inhaled.

Obtain special instructions before use. Do not handle until all safety precautions have been read and understood. Do not breathe dust. Wash hands thoroughly after handling. Do not eat, drink or smoke when using this product. Use only outdoors or in a well-ventilated area. Wear protective gloves/protective clothing/eye protection/face protection. IF INHALED: Remove person to fresh air and keep comfortable for breathing. IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing. IF SWALLOWED: Call a POISON CENTER/doctor if you feel unwell. Rinse mouth. IF ON SKIN: Wash with plenty of water. Take off contaminated clothing and wash it before reuse. Get medical advice/attention if you feel unwell. Store locked up. Dispose of contents/container according to local regulations. See Safety Data Sheet for further details regarding safe use of product.

Made in Canada                          Harrell's Item # 300102
Manufactured for Harrell's, 5105 New Tampa Highway Lakeland, FL 33815
Guaranteed by: Solu-Cal USA Ltd., PO Box 278, W. Wareham, MA 02576  (774) 678-0288





## 0-0-24 High Mg Formula with Dihydrite Gypsum
**Micro Greens Grade (SGN 95)** *Apply to dry turf. Water in thoroughly.*

### Guaranteed Analysis

Soluble Potash ($K_2O$) ........................................ **24.0%**
Calcium (Ca) .................................................... **10.0%**
Magnesium (Mg) ................................................ **6.0%**
    **0.14% Water Soluble Magnesium (Mg)**
Sulfur (S) ....................................................... **17.0%**
    **17.0% Combined Sulfur (S)**

Derived from: Sulfate of Potash, Calcium Sulfate, Magnesium Sucrate

**ALSO CONTAINS NON PLANT FOOD INGREDIENTS**
Soil Amending Active Ingredients
   2.00% Humic Acid from Highly Oxidized Lignite Coal.
   3.00% Lignin Sulfonate (water soluble binder)
95% Total Other Ingredients
Purpose: May aid in plant uptake of micronutrients.

Bulk Density - 75lbs / cubic ft
F1732
Information concerning the raw materials composing this product can be obtained by writing to the Guarantor listed below, and referring to the batch number found on this container.

## Net Wt. 50 lbs. (22.68 kg)

BUYER ASSUMES ALL RESPONSIBILITY FOR SAFETY AND USE NOT IN ACCORDANCE WITH DIRECTIONS. IT IS IMPOSSIBLE TO ELIMINATE ALL RISKS INHERENTLY ASSOCIATED WITH THE USE OF THE PRODUCT. PLANT INJURY, INEFFECTIVENESS, OR OTHER UNINTENDED CONSEQUENCES MAY RESULT BECAUSE OF SUCH FACTORS AS WEATHER CONDITIONS, PRESENCE OF OTHER MATERIALS, OR THE MANNER OF USE OR APPLICATION, ALL OF WHICH ARE BEYOND SELLER'S CONTROL. IN NO CASE SHALL THE SELLER BE LIABLE FOR CONSEQUENTIAL, SPECIAL OR INDIRECT DAMAGES RESULTING FROM THE USE OR HANDLING OF THIS PRODUCT.

FLORIDA APPLICATIONS: For use on golf courses or other athletic turf in FL, we recommend you follow SL191, "**Recommendations for N, P, K & Mg for Golf Course and Athletic Field Fertilization Base on Mehlich I Extractant**", available on the internet at http://edis.ifas.ufl.edu/SS404.

For commercial application to urban turf or lawns in FL, we recommend you follow the Best Management Practices for Protection of Water Resources in Florida, June 2002, Florida Green Industries, available on the internet at http://www.dep.state.fl.us/central/Home/MeetingsTraining/FLGreen/BMP Book final.pdf.

### Directions For Use. Apply only as directed.

**Harrell's K-CalMAX is formulated with Humic Acids, which have been shown to increase nutrient availability. K-CalMAX may be applied to a wide variety of established turf grasses & newly seeded turf areas. For best results, water in after application.**

- **FOR EXISTING TURF:** Coverage 12,000sq ft. Apply 4.2 lbs per 1000 sq. ft or 185 lbs per acre. To assure complete and even coverage apply at half rates in two directions.

*Apply to dry turf. Water in thoroughly.*

**Harrell's K-CalMAX if used at 220 lbs per acre will provide 1.0 lbs of soluble potash, 0.40 lbs of calcium and 0.7 lbs of sulfur per 1000 sq ft with each application. It is ideal for all turf types, and may be applied up to three times per year. Ten-week intervals between applications are recommended.**

*Store in a cool, dry place, do not contaminate water by storage or disposal.*

**DO NOT APPLY NEAR WATER, STORM DRAINS, OR DRAINAGE DITCHES. DO NOT APPLY IF HEAVY RAIN IS EXPECTED. APPLY THIS PRODUCT ONLY TO YOUR LAWN/GARDEN, AND SWEEP ANY PRODUCT THAT LANDS ON THE DRIVEWAY, SIDEWALK, OR STREET, BACK ONTO YOUR LAWN/GARDEN.**

 **Warning** 

Causes skin irritation. Causes serious eye damage. May cause respiratory irritation. May cause cancer. May cause damage to organs (lungs) through prolonged or repeated exposure if inhaled.

Obtain special instructions before use. Do not handle until all safety precautions have been read and understood. Do not breathe dust. Wash hands thoroughly after handling. Do not eat, drink or smoke when using this product. Use only outdoors or in a well-ventilated area. Wear protective gloves/protective clothing/eye protection/face protection. IF INHALED: Remove person to fresh air and keep comfortable for breathing. IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing. IF SWALLOWED: Call a POISON CENTER/doctor if you feel unwell. Rinse mouth. IF ON SKIN: Wash with plenty of water. Take off contaminated clothing and wash it before reuse. Get medical advice/attention if you feel unwell. Store locked up. Dispose of contents/container according to local regulations. See Safety Data Sheet for further details regarding safe use of product.

**Made in Canada**
Manufactured for Harrell's, 5105 New Tampa Highway Lakeland, FL 33815
Guaranteed by: Solu-Cal USA Ltd., PO Box 278, W. Wareham, MA  02576  (774) 678-0288

Harrell's Item # 300104

# EXHIBIT D



**CALIFORNIA DEPARTMENT OF FOOD & AGRICULTURE**
Karen Ross, Secretary

October 31, 2018

Sent via Federal Express
Firm ID # 547512
File Number: FERTAP-18-NS08

Mr. Craig Canning
Solu-Cal USA Ltd.
*(aka Solucal-USA Ltd. and Solu-Cal USA)*
33 Old County Road.
E. Sandwich, MA 02537

## NOTICE OF PROPOSED ACTION AND ADMINISTRATIVE PENALTIES

Dear Mr. Canning:

The California Department of Food and Agriculture (Department) works to ensure the distribution of effective and safe fertilizing materials in California. Any person found in violation of fertilizing material requirements may be found guilty of a misdemeanor punishable by administrative penalties or civil fines, with the material at issue subject to quarantine.

Solu-Cal USA Ltd. has been found in violation of several requirements. As a result, the Department intends to levy administrative penalties in the amount of **$9,673.48**.

A summary of the violations, penalties and investigative costs are shown below:

| Date of Violation | Product Name and CDFA Product ID | Code Citation | Description of the Violation | Penalty Amount (Per 3 CCR §2322) |
|---|---|---|---|---|
| 7/18/18 | Solu-Cal S® Enhanced Gypsum *Product ID (not registered)* | FAC Section 14601 | Unregistered Product | $250.00 |
| 8/16/18 | Solu-Cal S® Enhanced Gypsum (Lot A-402454) *Product ID (not registered)* | FAC Section 14681(a) | Misbranding – false and misleading | $1,000.00 |
| 8/16/18 | Solu-Cal S® Enhanced Gypsum (Lot A-402454) *Product ID (not registered)* | FAC Section 14682(b) | Adulteration – composition falls below purported labeling | $1,000.00 |
| 8/16/18 | Solu-Cal S® Enhanced Gypsum (Lot A-402325) *Product ID (not registered)* | FAC Section 14681(a) | Misbranding – false and misleading | $1,000.00 |



Mr. Craig Canning
Solu-Cal USA Ltd.
Notice of Proposed Action
October 31, 2018
Page 2 of 5

| 8/16/18 | Solu-Cal S® Enhanced Gypsum (Lot A-402325) *Product ID (not registered)* | FAC Section 14682(b) | Adulteration – composition falls below purported labeling | $1,000.00 |
|---------|------------------|-----------------|-----------------|----------|
| 8/16/18 | Solu-Cal S® Enhanced Gypsum (Lot A-402514) *Product ID (not registered)* | FAC Section 14681(a) | Misbranding – false and misleading | $1,000.00 |
| 8/16/18 | Solu-Cal S® Enhanced Gypsum (Lot A-402514) *Product ID (not registered)* | FAC Section 14682(b) | Adulteration – composition falls below purported labeling | $1,000.00 |
| Investigative Costs | | FAC Section 14661(a) | | $3,423.48 |
| | | | Total Fine Amount: | $9,673.48 |

## Background & Issues

On February 15, 2018, the Department's Special Investigator, Nicole Smith, observed the product *Solu-Cal S® Enhanced Gypsum* guaranteed by Solu-Cal USA Ltd., during a routine inspection at Harrell's LLC in Vista, California. **(Exhibit 1)** The product did not possess valid registration, therefore Solu-Cal USA Ltd. is in violation of California Food and Agricultural Code (FAC) Section 14601 and California Code of Regulations (CCR) Section 2320 (fertilizing materials shall be registered prior to being distributed and/or sold in California). **(Exhibit 13 and 14)** Investigator Smith obtained an official sample of the product (Lot A-401858) and submitted it to the Department's Center for Analytical Chemistry (Lab) for analysis. The product label displayed a Humic Acid guarantee of 2.0 percent, however lab report #50044, dated and send to the firm on March 30, 2018 **(Exhibit 2)**, revealed the product's actual amount of Humic Acid to be "None Detected," with a method detection limit of 0.2%. Accordingly, Solu-Cal USA Ltd. is in violation of FAC Section 14681(a) Misbranding (label is false and misleading) and Section 14682(b) Adulteration (composition falls below purported labeling). **(Exhibit 13)**

On February 16, 2018, Investigator Smith sent a Notice of Warning **(Exhibit 3)** to the firm's email address provided within the firm's account in the CDFA Extraview database. After not receiving a response from the firm, Investigator Smith emailed the firm again on February 28 and March 8, 2018. Ms. Kristine Esdale responded on March 8, 2018 stating she had not received the previous emails and requested Investigator Smith to re-send the attachments from the initial email. On March 9, 2018, after Investigator Smith resubmitted the attachments to the firm, Ms. Esdale emailed the Notice of Warning signed by the firm's President, Mr. Craig Canning. Ms. Esdale also stated that the firm intended to pursue registration for any product the firm distributed in California. Investigator Smith responded to clarify that simply applying for registration would not be considered compliant; the products must be in an approved registration status to be compliant; and she would be following up to ensure compliance. Ms. Esdale responded that the firm would take appropriate steps to avoid violation. **(Exhibit 4)**

Mr. Craig Canning
Solu-Cal USA Ltd.
Notice of Proposed Action
October 31, 2018
Page 3 of 5

On July 18, 2018, Investigator Smith performed a follow-up inspection at Harrell's LLC in Vista, CA. During the inspection, Investigator Smith observed the product *Solu-Cal S® Enhanced Gypsum.* Following a review of the firm's account, it was noted that the firm had not applied for or obtained registration for the product. The product was placed under a Notice of Quarantine & Removal From Sale for violation of FAC Section 14601 and CCR Section 2320. The quarantined material consisted of 274 - 50 lb. bags, composed of three different lots (Lot A-402454, 114 bags; Lot A-402325, 80 bags; and Lot A-402514, 80 bags). **(Exhibit 5)** Investigator Smith took official samples from each lot and submitted them to the Lab. Even though the product labels displayed a Humic Acid guarantee of 2.0 percent, **(Exhibits 6, 8, and 10)** the lab reports #50719, #50720, #50721, date August 16, 2018, each revealed the actual amount of Humic Acid to be "None Detected," with a method detection limit of 0.5%. **(Exhibits 7, 9, and 11)** As such, Solu-Cal USA Ltd. is in violation of FAC Sections 14681(a) Misbranding (label is false and misleading) and 14682(b) Adulteration (composition falls below purported labeling). **(Exhibit 13)**

**Penalty Amounts**

Pursuant to FAC section 14651.5, the Department shall levy an administrative penalty against a person who violates fertilizing materials provisions in an amount of not more than five thousand ($5,000) for each violation. **(Exhibit 13)** Violations of FAC Sections 14681(a) and 14682(b) are designated as SERIOUS and Section 14601 is designated as MINOR pursuant to Title 3, California Code of Regulations (3 CCR), Section 2322. **(Exhibit 14)**

A penalty in the amount of **$250.00** has been levied against Solu-Cal USA Ltd. for the violation of FAC Section 14601 regarding the unregistered product, Solu-Cal S® Enhanced Gypsum.

A penalty in the amount of **$1,000.00** per violation has been levied against Solu-Cal USA Ltd. for each of three violations of FAC Section 14681(a) regarding the misleading labels on Solu-Cal S® Enhanced Gypsum for each lot distributed and officially sampled.

A penalty in the amount of **$1,000.00** has been levied for each of the three violations of FAC Section 14682(b), as the product's composition falls below its purported labeling.

In sum, the penalty amount for the seven violations is **$6,250.00.**

**Investigative Costs**

Pursuant to FAC section 14661(a), the Department is entitled to reimbursement for the associated investigative costs from any person found to be in violation of fertilizer materials provisions. **(Exhibit 13)**

The reimbursable expenses incurred during the investigation of Solu-Cal USA Ltd. are **$3,423.48. (Exhibit 12)**

Mr. Craig Canning
Solu-Cal USA Ltd.
Notice of Proposed Action
October 31, 2018
Page 4 of 5

## Hearing Rights and Procedures

Solu-Cal USA Ltd. may appeal the Department's action by requesting a hearing to review the evidence collected against it and to present evidence on its behalf. Procedures for this informal hearing are set forth in 3 CCR, Sections 2322.1 through 2322.3. **(Exhibit 14)** Solu-Cal USA Ltd. is not required to be represented by legal counsel at the hearing, but an attorney may accompany and represent it if so desired.

To request a hearing, please sign, date, and return the enclosed Hearing Request (Attachment 1) within thirty (30) days from the date of this notice.  A hearing shall be scheduled within thirty (30) days from the receipt of the written request.  The Department's Legal Office of Hearings and Appeals will mail a notice of the hearing to you specifying the date, time, and location of the hearing a minimum of ten (10) days prior to the hearing.

You may also request a formal hearing in lieu of the informal one just described.  In order to do so, please fill out the appropriate section of the included Hearing Request (Attachment 1) and provide a written statement in support of the request as required by 3 CCR, Section 2322.1, Subdivision (c). **(Exhibit 14)** Upon receipt, the Hearing Officer shall determine whether to proceed with an informal or formal hearing.

If you do not request a hearing within thirty (30) days as required, you waive the right to contest the alleged penalties.

If you choose not to contest this Notice of Proposed Action, please submit the full payment amount of **$9,673.48** on or before **November 30, 2018**.  Please make the check payable to "**CDFA Cashier**," include **FERTAP-18-NS08** in the memo line, and mail to:

> California Department of Food and Agriculture – Cashier's Office
> Attn: Dale Woods, Environmental Program Manager I
> Feed, Fertilizer, and Livestock Drugs Regulatory Services
> Post Office Box 942872
> Sacramento, CA  94271-2872

Please refer to the included documents for further details.

Sincerely,

Dr. Dale Woods

Environmental Program Manager I

cc:   Nick Young, Senior Environmental Scientist (Supervisory), CDFA
      Nicole Smith, Special Investigator, CDFA
      Solu-Cal USA Ltd., Attn:  Mr. Craig Canning, PO Box 278, West Wareham, MA 02576